**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | : | |
|---|---|---|
| Heather Caban, | : | |
| | : | Civil Action No.: 1:13-cv-12052-WGY |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| Delta Management Associates, Inc.; and DOES 1-10, inclusive, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITHOUT PREJUDICE**
**PURSUANT TO RULE 41(a)**

Heather Caban ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: October 9, 2013

        Respectfully submitted,

        By: /s/ Sergei Lemberg

        Sergei Lemberg, Esq.
        BBO No.: 650671
        Lemberg & Associates L.L.C.
        1100 Summer Street, 3rd Floor
        Stamford, CT 06905
        Telephone: (203) 653-2250
        Facsimile:  (203) 653-3424
        Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 9, 2013, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                    By /s/ Sergei Lemberg

                                        Sergei Lemberg